DANIEL M. MAYEDA (State Bar No. 108543)
ROBERT S. GUTIERREZ (State Bar No. 143223)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: dmayeda@lpsla.com; rgutierrez@lpsla.com

Attorneys for Defendant Perseus Distribution, Inc.
dba Publishers Group West (erroneously sued herein
as The Perseus Books, LLC dba Perseus Books Group)

ADAM I. GAFNI (State Bar No. 230045)
WOOLF GAFNI & CIRLIN LLP
10850 Wilshire Boulevard, Suite 510
Los Angeles, California 90024
Tel: (310) 47408776 • Fax: (310) 919-3037
Email: adam.gafni@wgfllp.com

JS-6

Attorneys for Plaintiff Peter Kredenser

RODERICK M. THOMPSON (State Bar No. 96192)
DEEPAK GUPTA (State Bar No. 226991)
ROCHELLE L. WOODS (State Bar No. 282415)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Tel: (415) 954-4400 • Fax: (415) 954-4480
Email: rthompson@fbM.com; dgupta@fbm.com; rwoods@fbm.com

Attorneys for Defendant Amazon.com, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PETER KREDENSER,<br><br>          Plaintiffs,<br><br>v.<br><br>POMEGRANATE PRESS, LTD., THE PERSEUS BOOKS, LLC dba PERSEUS BOOKS GROUP; AMAZON.COM, INC.; KATHRYN LEIGH SCOTT, and DOES 1-50,<br><br>          Defendants. | **CASE NO. 2:14-CV-03621 PA (JCx)**<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# ORDER

The Court, having considered the Stipulation for Dismissal filed by Plaintiff Peter Kredenser, Defendant Perseus Distribution, Inc. dba Publishers Group West (erroneously sued herein as The Perseus Books, LLC dba Perseus Books Group) and Defendant Amazon.com, Inc., and GOOD CAUSE appearing, hereby orders as follows:

This entire Action is hereby dismissed with prejudice as to Defendants PGW and Amazon, each Party, *i.e.*, Kredenser, PGW and Amazon, to bear his or its own costs of suit and attorneys' fees.  This Action is not dismissed as to Defendant Pomegranate Press, Ltd. or Defendant Kathryn Scott.

**IT IS SO ORDERED.**

DATED: _November 10, 2014_____
_____
                                         United States District Judge