ADAM I. GAFNI (CA Bar # 230045)
WOOLF GAFNI & CIRLIN LLP
10850 Wilshire Blvd, Suite 510
Los Angeles, California 90024
Tel:  310-474-8776
Fax:  310-919-3037
Email: adam.gafni@wgclawyers.com

JS-6

Attorney for Plaintiff,
Peter Kredenser

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KREDENSER, | Case No.: CV 14-3621 PA (JCx) |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| POMEGRANATE PRESS, LTD; THE PERSEUS BOOKS, LLC dba PERSEUS BOOKS GROUP; AMAZON.COM, INC.; KATHRYN LEIGH SCOTT; and DOES 1-50. | |
| Defendants. | |

**ORDER**

The Court, having considered the Stipulation for Dismissal filed by Plaintiff Peter Kredenser and Defendants Pomegranate Press, LTD and Kathryn Leigh Scott, and GOOD CAUSE appearing, hereby orders as follows:

This entire Action is hereby dismissed with prejudice as to Defendants Pomegranate Press, LTD and Kathryn Leigh Scott, each Party, i.e., Kredenser and

**ORDER RE STIPULATION FOR DISMISSAL**

1  Pomegranate Press, LTD and Kathryn Leigh Scott to bear his, her, or its own costs
2  of suit and attorneys' fees.

**IT IS SO ORDERED**.

DATED: November 25, 2014            _____
                                          United States District Judge

**ORDER RE STIPULATION FOR DISMISSAL**

2